**LAW OFFICE OF CARL M. VARADY**
Carl M. Varady (HI Bar No. 4873)
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawaiʻi 96813
Telephone: 808-523-8447
E-mail: carl@varadylaw.com

[Additional Counsel on Signature Page]

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE ASSAD, Derivatively on Behalf of HAWAIIAN ELECTRIC INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT W. H. SEU, THOMAS B. FARGO, PEGGY Y. FOWLER, CELESTE A. CONNORS, WILLIAM JAMES SCILACCI, JR., MICAH A. KĀNE, ELISIA K. FLORES, SHELEE M. T. KIMURA, TIMOTHY E. JOHNS, JAMES A. AJELLO, MARY E. KIPP, ALANA KOBAYASHI PAKKALA. TOBY B. TANIGUCHI, PAUL K. ITO, JEFFREY N. WATANABE, RICHARD J. DAHL, YOKO OTANI, MICHAEL J. KENNEDY, KEITH P. RUSSELL, MARY G. POWELL, EVA T. ZLOTNICKA, KELVIN H. TAKETA, KEVIN M. BURKE, CONSTANCE H. LAU, GREGORY C. HAZELTON, and TAYNE S. Y. SEKIMURA,<br><br>Defendants,<br><br>-and-<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., a Hawaiʻi Corporation,<br><br>Nominal Defendant. | Case No. 1:24-cv-00164-MWJS-WRP<br><br>**STIPULATION AND ORDER (1) CONSOLIDATING RELATED DERIVATIVE ACTIONS; (2) APPOINTING CO-LEAD AND LIAISON COUNSEL; AND (3) DEFERRING DEFENDANTS' RESPONSE DEADLINES** |

[Caption continued on next page]

| | |
|---|---|
| ROBERT FARIS, Derivatively on Behalf of HAWAIIAN ELECTRIC INDUSTRIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT W. H. SEU, CONSTANCE H. LAU, PAUL K. ITO, GREGORY C. HAZELTON, THOMAS B. FARGO, CELESTE A. CONNORS, ELISIA K. FLORES, PEGGY Y. FOWLER, MICAH A. KĀNE, WILLIAM JAMES SCILACCI, JR., YOKO OTANI, MICHAEL J. KENNEDY, RICHARD J. DAHL, KEITH P. RUSSELL, EVA T. ZLOTNICKA, MARY G. POWELL, JEFFREY N. WATANABE KELVIN H. TAKETA., SHELEE M. T. KIMURA, TIMOTHY E. JOHNS, JAMES A. AJELLO, MARY E. KIPP, ALANA KOBAYASHI PAKKALA. TOBY B. TANIGUCHI, KEVIN M. BURKE, and TAYNE S. Y. SEKIMURA,<br><br>  Defendants,<br><br>  and<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC.,<br><br>  Nominal Defendant. | Case No. 1:24-cv-00247-MWJS-RT |

**STIPULATION AND ORDER
(1) CONSOLIDATING RELATED DERIVATIVE ACTIONS;
(2) APPOINTING CO-LEAD AND LIAISON COUNSEL; AND (3)
DEFERRING DEFENDANTS' RESPONSE DEADLINES**

Pursuant to Rule 10.5 of the Local Rules of Practice for the United States District Court for the District of Hawai'i the parties to the above-captioned actions collectively stipulate:

WHEREAS, on April 8, 2024, plaintiff George Assad filed a verified shareholder derivative complaint in this Court, Case No. 1:24-cv-00164-MWJS-WRP (the "*Assad* Action");

WHEREAS, on June 8, 2024, plaintiff Robert Faris filed a verified shareholder derivative complaint in this Court, Case No. 1:24-cv-00247-MWJS-RT (the "*Faris* Action", and together with the *Assad* Action, the "Derivative Actions");

WHEREAS, Rule 40.2 of the Local Rules of Practice for the United States District Court for the District of Hawai'i provides that the parties shall inform the Court if "it appears that two or more pending or completed civil actions or proceedings filed in this district involve the same or substantially identical transactions, happenings, or events, or the same or substantially identical questions of law[;]"

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that when actions involve "a common question of law or fact," the Court may: "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay[;]"

WHEREAS, the Derivative Actions collectively allege purported derivative claims of breach of fiduciary duty, waste of corporate assets, and unjust enrichment against defendants Scott W. H. Seu, Thomas B. Fargo, Peggy Y. Fowler, Celeste A. Connors, William James Scilacci, Jr., Micah A. Kāne, Elisia K. Flores, Shelee M. T.

Kimura, Timothy E. Johns, James A. Ajello, Mary E. Kipp, Alana Kobayashi Pakkala, Toby B. Taniguchi, Paul K. Ito, Jeffrey N. Watanabe, Richard J. Dahl, Yoko Otani, Michael J. Kennedy, Keith P. Russell, Mary G. Powell, Eva T. Zlotnicka, Kelvin H. Taketa, Kevin M. Burke, Constance H. Lau, Gregory C. Hazelton, and Tayne S. Y. Sekimura (collectively, the "Individual Defendants") on behalf of nominal defendant Hawaiian Electric Industries, Inc. ("HEI," and together with the Individual Defendants, "Defendants");

WHEREAS, plaintiffs George Assad and Robert Faris in the Derivative Actions ("Plaintiffs") agree that the Derivative Actions contain substantially similar factual and legal contentions, and the administration of justice would be best served by relating and consolidating the Derivative Actions and appointing Co-Lead Counsel and Liaison Counsel as set forth herein;

WHEREAS, on May 21, 2024, HEI filed a motion to stay the *Assad* Action ("Motion to Stay") (ECF 31) and the Court subsequently set a briefing schedule on the motion with all briefing to be completed by June 21, 2024 (ECF 32);

WHEREAS, the parties agree that the Court's ruling on the pending Motion to Stay will apply to both actions;

WHEREAS, counsel for the parties agree that the response deadlines for all Defendants shall be deferred until after Plaintiffs file their anticipated consolidated complaint; and

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, defenses, or objections.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel of record and upon approval and entry by the Court shall be SO ORDERED, as follows:

1. Defendants need not answer, move, or otherwise respond to any of the individual complaints filed in the Derivative Actions.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Rule 40.2 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, the Derivative Actions are hereby designated as related and are consolidated for all purposes, including pretrial proceedings, trial, and appeal, and shall be referred to herein as the "Consolidated Action."

3. The file in *Assad v. Seu, et al.*, Case No. 1:24-cv-00164-MWJS-WRP, shall constitute the Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "This Documents Relates to All Actions" shall be placed on the cover page. When a pleading applies only to some, not all, of the actions, the document shall list on the cover page the phrase "This Document Relates To:" followed by the docket number for each individual action to which the document applies, along with the last name of the first-listed

plaintiff in said action. To be clear, all filings relevant to any Derivative Action shall be filed in the *Assad* Action.

4. Every pleading filed in the Consolidated Action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| IN RE HAWAIIAN ELECTRIC INDUSTRIES, INC., STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:24-cv-00164-MWJS-WRP |
|---|---|

5. Any other actions now pending or hereafter filed in or transferred to this District which arise out of the same or similar facts as alleged in the above-identified cases shall be brought to the attention of the Court and may be consolidated with this consolidated action upon motion to the Court or stipulation and proposed order.

6. The following law firms shall be designated Co-Lead Counsel for Plaintiffs in the Consolidated Action (a matter on which Defendants take no position):

ROBBINS LLP
Brian J. Robbins
Gregory E. Del Gaizo
Ashley R. Rifkin
Jacob W. Ogbozo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990

Facsimile: (619) 525-3991
E-mail:  brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com
arifkin@robbinsllp.com
jogbozo@robbinsllp.com

ROBBINS GELLER RUDMAN & DOWD LLP
Darren J. Robbins
Travis E. Downs III
Randall J. Baron
Benny C. Goodman III
655 W. Broadway, Suite 1900
San Diego, CA 2101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail:  darrenr@rgrdlaw.com
travisd@rrgrdlaw.com
randyb@rgrdlaw.com
bennyg@rgrdlaw.com

7. Co-Lead Counsel shall have authority to appear and speak for Plaintiffs in all matters regarding discovery, pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

9. Co-Lead Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all Parties and their respective counsel. Service on Co-Lead Counsel shall be sufficient as notice to all Plaintiffs in this Consolidated Action.

10. The following law firm is designated as Plaintiffs' Liaison Counsel in this Consolidated Action (a matter on which Defendants take no position):

> LAW OFFICE OF CARL M. VARADY
> Carl M. Varady
> Pauahi Tower
> 1003 Bishop Street, Suite 1730
> Honolulu, Hawai'i 96813
> Telephone: (808) 523-8447
> E-mail: carl@varadylaw.com

11. Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with Defendants' counsel on matters of case administration and scheduling. Liaison Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, Liaison Counsel, or other duly authorized representative of Co-Lead or Liaison Counsel, and such agreements shall be binding on all Plaintiffs.

13. Defendants' counsel are authorized to accept, and upon the Court's approval of this Stipulation and Order, do accept service of the complaints filed in the Derivative Actions on behalf of all Defendants.

14. Thirty (30) Court days after entry of the order approving this Stipulation, Plaintiffs, through Co-Lead Counsel, shall file a consolidated complaint (the "Consolidated Complaint") or designate a previously filed complaint as the operative complaint, which will supersede all existing complaints filed in the Derivative Actions. This provision shall remain operative even in the event that the Court grants the Motion to Stay.

15. Within thirty (30) days after Plaintiffs file a Consolidated Complaint or designate an operative complaint pursuant to paragraph 14 above, HEI shall file a motion to dismiss pursuant to Federal Rule of Civil Procedure 23.1, Plaintiffs' response to the motion to dismiss shall be due within thirty (30) days after the motion to dismiss is filed, and HEI's reply in support of the motion to dismiss shall be due within twenty-one (21) days after any opposition brief. Pending adjudication of HEI's motion to dismiss, the other defendants do not need to respond to the operative complaint and will meet and confer with Plaintiffs within five court days after the

Court's ruling on HEI's motion to dismiss on a schedule for next steps, including a schedule for the other defendants' responses to the complaint.  If the Court grants the Motion to Stay, the parties shall meet and confer on the schedule within ten (10) Court days of a Court order lifting the stay.  The parties shall inform the Court of any such schedule agreed-to by the parties.

16. This Order is without prejudice to the right of any Defendant to raise any and all arguments, defenses, or objections concerning the claims raised in the Consolidated Action or the jurisdiction of this Court.  By entering into this Stipulation, each Defendant preserves all arguments, defenses, objections, and challenges of any kind whatsoever.

17. The Rule 16 Scheduling Conference in the *Faris* Action currently set for August 5, 2024 is vacated.  All other associated deadlines in the *Faris* Action under the Federal Rules of Civil Procedure and Local Rules are vacated.

18. The Rule 16 Scheduling Conference in the *Assad* Action currently set for August 26, 2024 is CONTINUED to December 10, 2024 at 9:30 a.m. before Magistrate Judge Wes Reber Porter via Zoom: Dial in number: 1-833-568-8864; Meeting ID: 161 0084 2470.

19. This Stipulation and Order is without prejudice to the right of any Plaintiff to raise any and all arguments or claims. By entering into this Stipulation,

each Plaintiff preserves all claims of any kind. Likewise, Defendants enter into this Stipulation without waiving any rights, defenses, or arguments.

20. Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, all Parties consent to service by the Court's electronic-filing system or by e-mail of any document required to be served in the Consolidated Action.

21. The *Faris* Action shall be reassigned from Magistrate Judge Rom Trader to Magistrate Judge Wes Reber Porter. District Judge Micah W.J. Smith shall remain the District Judge assigned to the Derivative Actions, and Magistrate Judge Wes Reber Porter will be the assigned magistrate judge for both actions.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaiʻi, June 27, 2024

**ROBBINS LLP**

*/s/ Ashley R. Rifkin*
Ashley R. Rifkin
Brian J. Robbins
Gregory E. Del Gaizo
Jacob W. Ogbozo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail:  brobbins@robbinsllp.com
         gdelgaizo@robbinsllp.com
         arifkin@robbinsllp.com
         jogbozo@robbinsllp.com

        **ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
Travis E. Downs III
Randall J. Baron
Benny C. Goodman III
655 W. Broadway, Suite 1900
San Diego, CA 2101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail:  darrenr@rgrdlaw.com
        travisd@rrgrdlaw.com
        randyb@rgrdlaw.com
        bennyg@rgrdlaw.com

*Proposed Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff George Assad*

**LAW OFFICE OF CARL M. VARADY**
Carl M. Varady (HI Bar No. 4873)
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, Hawaiʻi 96813
Telephone: 808-523-8447
E-mail: carl@varadylaw.com

*Proposed Liaison Counsel for Plaintiffs and Counsel for Plaintiffs George Assad and Robert Faris*

**RM LAW, P.C.**
*Pro Hac Vice Pending*
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
E-mail: rmaniskas@rmclasslaw.com

*Counsel for Plaintiff George Assad*

**GLANCY PRONGAY & MURRAY LLP**
*Pro Hac Vice Pending*
Benjamin I. Sachs-Michaels
Jacob M. Shooster
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com
           jshooster@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com
           prajesh@glancylaw.com

*Counsel for Plaintiff Robert Faris*

DATED: Honolulu, Hawaiʻi, June 27, 2024

**DAMON KEY LEONG KUPCHAK HASTERT**

*/s/ Matthew T. Evans*

    Matthew T. Evans
    Mark M. Murakami
    Clint K. Hamada
    1003 Bishop Street, Suite 1600
    Honolulu, Hawai'i 96813
    Telephone: (808) 531-8031
    Facsimile: (808) 533-2242
    E-mail: mte@hawaiilawyer.com
       mmm@hawaiilawyer.com
       ckh@hawaiilawyer.com

    **ALLEN OVERY SHEARMAN STERLING US LLP**
    Adam S. Hakki (*pro hac vice forthcoming*)
    Daniel H.R. Laguardia (*pro hac vice forthcoming*)
    599 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 848-4000
    Facsimile: (650) 470-4570
    E-mail: ahakki@aoshearman.com
       daniel.laguardia@aoshearman.com

    *Counsel for Defendants Shelee M. T. Kimura, Timothy E. Johns, James A. Ajello, Mary E. Kipp, Alana Kobayashi Pakkala, Toby B. Taniguchi, Kevin M. Burke, and Tayne S. Y. Sekimura*

DATED: Honolulu, Hawai'i, June 27, 2024

    **CADES SCHUTTE**

    */s/ C. Michael Heihre*

C. Michael Heihre
Michi Momose
Lisa K. Swartzfager
1000 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
E-mail: mheihre@cades.com
       mmomose@cades.com
       lswartzfager@cades.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Peter B. Morrison (*pro hac vice granted as to HEI and pro hac vice forthcoming for other individual defendants listed below*)
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
E-mail: peter.morrison@skadden.com

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
Mark R.S. Foster (*pro hac vice granted as to HEI and pro hac vice forthcoming for other individual defendants listed below*)
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4580
E-mail: mark.foster@skadden.com

*Counsel for Defendants Scott W. H. Seu, Thomas B. Fargo, Peggy Y. Fowler, Celeste A. Connors, William James Scilacci, Jr., Micah A. Kāne, Elisia K. Flores, Paul K. Ito, Jeffrey N. Watanabe, Richard J. Dahl, Yoko Otani, Michael J. Kennedy, Keith P. Russell, Mary G. Powell, Eva T. Zlotnicka, Kelvin H. Taketa, Constance H. Lau, Gregory C. Hazelton, and Nominal Defendant Hawaiian Electric Industries, Inc.*

APPROVED AS MODIFIED BY THE COURT.

DATED: Honolulu, Hawaii, July 3, 2024.



_____
Wes Reber Porter
United States Magistrate Judge

*Assad v. Seu, et al.*, Case No. 1:24-cv-00164-MWJS-WRP; *Faris v. Seu, et al.*, 1:24-cv-00247 MWJS-RT; STIPULATION AND] ORDER (1) CONSOLIDATING RELATED DERIVATIVE ACTIONS; (2) APPOINTING CO-LEAD AND LIAISON COUNSEL; AND (3) DEFERRING DEFENDANTS' RESPONSE DEADLINES