LAW OFFICE OF CARL M. VARADY
Carl M. Varady (HI Bar No. 4873)
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, HI 96813
Telephone: 808/523-8447
E-mail: carl@varadylaw.com

Liaison Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE HAWAIIAN ELECTRIC INDUSTRIES, INC., STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:24-CV-00164-MWJS-WRP<br><br>PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES; JOINT DECLARATION OF ERIK W. LUEDEKE AND BRIAN J. ROBBINS AND EXHIBITS; CERTIFICATE OF SERVICE VIA CM/ECF<br><br>Date: May 28, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Micah W.J. Smith |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Fed. R. Civ. Proc. Rule 23.1, and the Court's scheduling order [Dkt. 100] Plaintiffs George Assad and Robert Faris ("Plaintiffs"), through their undersigned counsel, respectfully move this honorable Court for final approval of the settlement set forth in the Stipulation of Settlement ("Stipulation"), filed with the Court on January 2, 2026 (ECF 91-3), and entry of the [Proposed] Order Approving Derivative Settlement and Order of Dismissal with Prejudice and the [Proposed] Judgment.[1] Plaintiffs' motion is based on this Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Stipulation, the supporting declarations submitted in support of the motion, the records and files herein, and such additional evidence or argument as may be adduced or required by the Court. Defendants do not oppose this motion.

DATED: San Diego, California April 29, 2026.

Respectfully submitted,

ROBBINS GELLER RUDMAN &
DOWD LLP

*/s/ Erik W. Luedeke*

---

[1] Unless otherwise noted, all capitalized terms have the same meaning as defined in the Stipulation. The [Proposed] Order Approving Derivative Settlement and Order of Dismissal with Prejudice is attached as Exhibit B to the Stipulation. The [Proposed] Judgment is attached as Exhibit C to the Stipulation.

Darren J. Robbins
Travis E. Downs III
Randall J. Baron
Benny C. Goodman III
Erik W. Luedeke
655 W. Broadway, Suite 1900
San Diego, CA 2101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: darrenr@rgrdlaw.com
travisd@rgrdlaw.com
randyb@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

ROBBINS LLP
Brian J. Robbins
Gregory E. Del Gaizo
Ashley R. Rifkin
Jacob W. Ogbozo
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com
arifkin@robbinsllp.com
jogbozo@robbinsllp.com

*Co-Lead Counsel for Plaintiffs*
*Appearing Pro Hac Vice*

LAW OFFICE OF CARL M. VARADY
Carl M. Varady (HI Bar No. 4873)
Pauahi Tower
1003 Bishop Street, Suite 1730
Honolulu, HI 96813
Telephone: 808-523-8447
E-mail: carl@varadylaw.com

*Liaison Counsel for Plaintiffs*