AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

IN RE HAWAIIAN ELECTRIC INDUSTRIES, INC., STOCKHOLDER DERIVATIVE LITIGATION

JUDGMENT IN A CIVIL CASE

Case: 1:24-CV-00164-MWJS-WRP
1:24-CV-00247-MWJS-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**May 28, 2026, 2:21 pm**
LUCY H. CARRILLO, CLERK OF COURT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "OPINION AND ORDER APPROVING DERIVATIVE SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE," ECF No. 107 in case number 1:24-cv-00164-MWJS-WRP, and ECF No. 40 in case number 1:24-cv-00247-MWJS-WRP.

May 28, 2026
Date

LUCY H. CARRILLO
Clerk

/s/ LUCY H. CARRILLO by JI
(By) Deputy Clerk